# CIRCUIT COURT OF THE STATE OF WYOMING
## FOURTH JUDICIAL DISTRICT, SHERIDAN COUNTY



Charles Ekberg,
Plaintiff,

Vs

Cheyenne Housing Authority,
U.S. Department of Housing and Urban
Development (HUD),
Defendant.

CV-2005- 35Y

NO.

FILED IN CIRCUIT COURT OF
SHERIDAN COUNTY WYOMING

MAY 2 7 2005

_____ CLERK
BY _____ DEPUTY

## PLAINTIFF'S VERIFIED COMPLAINT

COMES now the above Plaintiff Charles Ekberg, files his Verified Complaint against the above Defendant, U.S. Dept. of Housing and Urban Development (HUD)/ Cheyenne Housing Authority, for breach of contract, breach of the covenant of good faith and fair dealing, and in support thereof submits the following:

1.) Plaintiff states that he is the legal owner of subject property, 221 Wyoming Ave., Sheridan, Wyoming 82801, from which a 'signed' lease agreement between Plaintiff's real estate management representative and the defendant exists, and from which this dispute arises. Venue is proper as these 'breachs' occurred in Sheridan County, WY.

2. Defendants are liable to the Plaintiff for missed rental payment of $735.00 for months of November 2004, December 2004 thru and including January 2005, plus a monthly rental fee of $245.00 per month from the date of February 1, 2005 to date of entry of judgment in Plaintiff's favor and against subject Defendants', as Plaintiff alleges breach of contract/lease agreement by Defendants' for which they are liable.

3. Defendants' are liable to Plaintiff for alleged breach of the 'covenant of good faith and fair dealing' in an amount of $3,759.06, plus interest as per statute commencing from November 2004 to date of entry of judgment in favor of Plaintiff and against Defendants, which Plaintiff will prove at a trial to the court, via expert witness testimony.

WHEREAS based on the foregoing facts and applicable legal theories of "breach of contract'/breach of covenant of good faith and fair dealing' Plaintiff alleges that Defendants' are liable in the amount of $735.00, $3,759.06 as alleged with applicable interest, $245.00 per month from February 1, 2005 to date of entry of judgment in favor of Plaintiff and against Defendants, plus all related legal costs, filing fees, service fees, attorney fees, expert witness fees, post judgment costs including attorney fees for collection purposes and any other costs that the Court may deem just and proper.

Submitted By: _____

Pro Se Plaintiff Charles Ekberg
Suite #1-B, 4913 Tesla Ct.
Boulder, CO 80301
AC: 303-443-2052/579-1286

Subscribed and sworn before me on this ____ day of May, 2005.
My commission expires on: _____

_____
NOTARY PUBLIC
3300 – 28th St., Suite# _____
Boulder, CO 80304